UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EAST COAST ADVANCED PLASTIC SURGERY, LLC *et al.*,<br><br>                              Plaintiffs,<br>                -v-<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY *et al.*,<br><br>                              Defendants. | 25 Civ. 255<br>25 Civ. 1686<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On April 25, 2025, defendants Cigna Health and Life Insurance Company and Connecticut General Life Insurance Company filed a motion to dismiss. Dkts. 26–27. In light of the pending motion, the initial conference scheduled for May 14, 2025 is hereby adjourned. Plaintiffs' opposition is to be filed by May 16, 2025. Any reply is due by May 30, 2025.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 28, 2025
       New York, New York