UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY *and* CIGNA HEALTH AND LIFE INSURANCE COMPANY, | 25 Civ. 1686 (PAE) |
| Plaintiffs, | ORDER |
| -v- | |
| EAST COAST ADVANCED PLASTIC SURGERY, LLC, | |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

On August 14, 2025, the Court issued an Opinion and Order that, *inter alia*, denied defendant's motion to dismiss plaintiffs' complaint for lack of subject-matter jurisdiction. Dkt. 58. On August 15, 2025, the Court scheduled an initial pretrial conference for Wednesday, September 10, 2025, at 2:00 p.m. Dkt. 60. On August 27, 2025, defendant filed a motion for certification of an interlocutory appeal of the question of whether the Court has subject matter jurisdiction over plaintiffs' Employee Retirement Income Security Act (ERISA) and state-law claims. Dkt. 65.

In light of defendant's motion, the Court sets the following revised schedule:

- Plaintiffs are hereby ordered to file an opposition by **September 11, 2025**.

- Defendant shall file its reply, if any, by **September 18, 2025**.

- The telephonic pretrial conference is adjourned to **October 17, 2025 at 2:00 p.m**. All pretrial conference materials described in the Court's Notice of Initial Pretrial Conference, Dkt. 60, must now be submitted to the Court no later than **October 10, 2025**.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: August 28, 2025
       New York, New York

2