UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CONNECTICUT GENERAL LIFE INSURANCE
COMPANY ET AL.,

                                 Plaintiffs,

-v-

EAST COAST ADVANCED PLASTIC SURGERY, LLC,

                                 Defendant.

25 Civ. 1686 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On October 8, 2025, plaintiffs filed a motion to dismiss defendant's counterclaim under Rule 12 of the Federal Rules of Civil Procedure. Dkt. 78. Under Rule 15(a)(1)(B), a defendant has 21 days after the service of a motion under Rule 12(b) to amend its counterclaims once as a matter of course.

Accordingly, it is hereby ORDERED that defendant shall file any amended counterclaims by October 29, 2025. No further opportunities to amend will ordinarily be granted. If defendant does amend, by November 19, 2025, plaintiffs shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying defendant, stating that it relies on the previously filed motion to dismiss.[1]

It is further ORDERED that if no amended counterclaims are filed, defendant shall serve any opposition to the motion to dismiss by October 29, 2025. Plaintiffs' reply, if any, shall be served by November 12, 2025.

---

[1] If plaintiffs files a new motion to dismiss or relies on its previous motion, defendant's opposition will be due 14 days thereafter, and plaintiffs' reply, if any, will be due seven days after that.

SO ORDERED.

_Paul A. Engelmayer_
PAUL A. ENGELMAYER
United States District Judge

Dated: October 10, 2025
       New York, New York